United States Courts
Southern District of Texas
FILED
*January 31, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| | ' |
| v. | ' Criminal No. **4:24-cr-00046** |
| | ' |
| NICHOLAS ANTHONY WILLIAMS | ' |

### MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, and the undersigned Assistant United States Attorney and hereby files this motion to seal the indictment. The United States of America moves for an order sealing the Indictment as to Defendant NICHOLAS ANTHONY WILLIAMS and ordering that the defendant be unsealed at the time of his arrest by law enforcement authorities. The United States of America further requests that this motion and the accompanying order be sealed from public disclosure.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

_____
Laura Garcia
Assistant United States Attorney